# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **REBEL ARMS CORP.** aka REBEL ARMY aka REBEL ARMS | Chapter: 11 |
| Debtor(s) | Case No.: 5-19-bk-01175 RNO |
| **REBEL ARMS CORP.** | Adversary No.: 5-19-ap-00045 RNO |
| Plaintiff(s) | Document No.: 8 |
| vs. | |
| **PRIMARY WEAPON SYSTEMS, INC.** | Nature of Proceeding: Motion to Dismiss |
| Defendant(s) | |

## ORDER

Pursuant to the filing of the Defendant's Motion to Dismiss Pursuant to Fed. R. Bankr. P. 7012(b)(6) ("Motion"), and Defendant's Memorandum of Law in support thereof, it is

ORDERED that Plaintiff, Rebel Arms Corp.'s, reply brief shall be filed within twenty-eight (28) days of the date of this Order; and,

FURTHER ORDERED that a hearing on the Motion is scheduled for **June 27, 2019**, at **9:30 a.m.**, in Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

April 25, 2019